# EXHIBIT "A"

Pg **1** of **10**

DO NOT WRITE IN THIS SPACE

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

| | Y N |
|---|---|
| Incident Report | ☒ |
| Investigation Completed | ☒  Revised  Y N |
| Investigation Made at Scene | ☒  ☒  Fatality  ☒ |
| Photographs | ☒  Hit and Run  ☒ |

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL  **Case Number (Agency Use):** AR00519-15  **Motor Vehicles Involved:** 04  **Number Injured:** 04  **Number Killed:** 01

**(2) Date of Collision (mm/dd/yyyy):** 03/14/2015  **Time:** 2341  **County Number and Name:** 14  CLEVELAND  **Nearest City or Town Number and Name:** In ☒  Near 10  MOORE

**(3) Distance from Nearest City or Town Limits:** MI☐ N☐ MI☐ E☐ **Control #** 00  **Int ID** 00  **Location** 00  **East Grid** 019  1  **North Grid** 056  6  **Administrative** PARIS

**(4) Street, Road or Highway:** INTERSTATE 35 NORTH  **At** 0005  MI☐ N☐ E☐ FL☐ S☐ W☐ **Distance from** **of** N. 12TH STREET  (Nearest) Intersecting Street, Road or Highway

**(5) Unit:** 01  **Occupants:** 02  **Type:** D  Hit & Run  CMV  **Last Name:** OTTIS  **First:** CONNER  **Middle:** PATRICK  **Suffix:** **Date of Birth (mm/dd/yyyy):** /1993  **Sex:** M

**(6) Address:** [redacted]  **City:** NORMAN  **State:** OK  **Zip:** 73072  **Telephone (Use Area Code):** 9

**(7) Driver License Number:** [redacted]  **State:** OK  **Class:** D  **Endorsement(s):** **Restriction(s):** 4  **Inj. Sev.:**  **Type of Injury:** 1,2,3,4,5  **Drv./Ped. Cond.:** 02  **OP Use:** 04

**(8)** Air Bag 5  **Ejected** 1  **Extricated** 2  **Test** 1  **(% BAC)** 0.15  **Transported by:** MIDWEST EMS  **To Medical Facility:** OU MEDICAL  **License Plate Number:** [redacted]  **State:** OK  **Month:** 10  **Year:** 2015

**(9) VIN:** JF1GPAL69DH204812  **Vehicle Year:** 2013  **Color:** WHI  **2nd Color:** WHI  **Make:** SUBA  **Model:** ISR  **Veh. Conf.:** 20  **Extent of Damage:** 4

**(10)** Insurance Verification 3  **Insurance Company Name:** STATE FARM MUTUAL AUTOMOBILE INS CO  **Policy Number:** [redacted]  **Insurance Telephone (Use Area Code):** 9

**(11) Vehicle Removed by:** Driver ☐  AMERICAN TOWING  Same as Driver ☐  **Owner's Last Name:** OTTIS  **First:** DANIEL  **Middle:**  **Suffix:**

**(12) Owner's Address:** [redacted]  **City:** NORMAN  **State:** OK  **Zip:** 73072  **Oversized Load** 0  **Towed Veh. Type** 00  Rolled ☐ Phone present ☐  Burned ☐ Phone in use ☐

**(13) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(14) Unit:** 02  **Occupants:** 02  **Type:** D  Hit & Run  CMV  **Last Name:** GARCIA  **First:** STARLA  **Middle:** DUSTEEN  **Suffix:** **Date of Birth (mm/dd/yyyy):** /1972  **Sex:** F

**(15) Address:** [redacted]  **City:** SAN ANTONIO  **State:** TX  **Zip:** 78239  **Telephone (Use Area Code):** 9

**(16) Driver License Number:** 02600307  **State:** TX  **Class:** C  **Endorsement(s):** **Restriction(s):** 5  **Inj. Sev.:**  **Type of Injury:** 0  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(17)** Air Bag 1  **Ejected** 1  **Extricated** 1  **Test** 6  **(% BAC)** 0.  **Transported by:** MEDICAL EXAMINER  **To Medical Facility:** MEDICAL EXAMINER  **License Plate Number:** [redacted]  **State:** TX  **Month:** 06  **Year:** 2015

**(18) VIN:** 1FADP3F29DL372969  **Vehicle Year:** 2013  **Color:** BLK  **2nd Color:** 0  **Make:** FORD  **Model:** PRIS  **Veh. Conf.:** 02  **Extent of Damage:** 4

**(19)** Insurance Verification 3  **Insurance Company Name:** GEICO  **Policy Number:** [redacted]  **Insurance Telephone (Use Area Code):** 8008413000

**(20) Vehicle Removed by:** Driver ☐  COWPOKES  Same as Driver ☐  **Owner's Last Name:** GARCIA  **First:** JESUS  **Middle:**  **Suffix:**

**(21) Owner's Address:** [redacted]  **City:** SAN ANTONIO  **State:** TX  **Zip:** 78239  **Oversized Load** 0  **Towed Veh. Type** 00  Rolled ☐ Phone present ☐  Burned ☐ Phone in use ☐

**(22) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(23) Investigating Officer:** Jason Owens  **Badge Number:** 794  **Trp/Div. Assigned:** A  **Trp/Div. Location:** A  **Reviewer (Init.):** JL  **Reviewer Badge Number:** 148  **Date of Report (mm/dd/yyyy):** 03/15/2015

| Unit Type | Injury Severity | Type of Injury | Driver/Pedestrian Condition | Occupant Protection (OP) in Use |
|---|---|---|---|---|
| D Driver  2 Other Cyclist 0 N/A | 0 N/A  4 Incapacitating | 0 N/A  3 Thrd- | 00 Not Applicable  05 Under the 08 Ill (Sick) | 00 Not Applicable  05 Child Restraint Type Unknown  10 Booster Seat |
| P Pedestrian  2 Parked Car 1 No Injury  5 Fatal. | 1 Head  Internal | 01 Apparently Normal  Influence of 08 Dizzy/Faint | 01 None Used  09 Restraint Used - Type Unknown  11 Other |
| X Pedestrian  A Animal  2 Possible | 2 Truck -  4 Arm | 02 Grinking - Ability Impaired  Medications 10 Emotional | 06 Lap Belt Only  08 Helmet |
| Conveyance  T Train  3 Non- | 3 Incapacitating | 3 Neck  5 Leg | 03 Under Infl/Alcohol/Average 06 Very Tired  11 Other | 03 Shoulder Belt Only  08 Child Restraint - Forward Facing |
| E Bicyclist  Incapacitating | | 4 Back  9 Unknown | 04 Illegal Drugs  07 Sleepy  98 Unknown | 04 Shoulder and Lap Belt  09 Child Restraint - Rear Facing |

| Air Bag Deployed | Ejected | Extricated | Chemical Test | Extent of Damages | Insurance Verification | Oversized Load | Towed Vehicle Type |
|---|---|---|---|---|---|---|---|
| 0 Not Applicable  4 Deployed - Other (knee, | 0 Not Applicable 3 Ejected, | 0 N/A  3 Not Refused | 0 N/A  4 Text Refused | 0 N/A  3 Functional | 0 N/A  3 Operator | 0 NA  05 Another Vehicle  09 Stock Trailer |
| 1 Not Deployed  air bag, etc.) | 1 Not Ejected  Totally | 1 No  4 Yes | 1 Blood  5 None Given | 1 Minor  4 Disabling | 1 None  4 Exempt | 00 Not Applicable  06 Utility Trailer  10 Camping Trailer |
| 2 Deployed - Front  5 Deployed - Combination | 2 Ejected,  9 Unknown | 2 Yes | 2 Breath  6 Other | 2 Moderate  0 Unknown | 2 Owner | 01 Dual Trailer  07 Homemade  11 Contribution |
| 3 Deployed - Side  9 Deployment Unknown | Partially | | 3 Blood/Breath | | F Permitted | 02 Horse Trailer  Trailer  12 Other |
| | | | | | | 03 Hose Trailer  08 Box Trailer  99 Unknown |

**WARNING - STATE LAW**     Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

Case Number **AR00519-15**

Pg **2** of **10**

| (24) Unit | Injured | Passenger [X] | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 01 | Witness | Prop. Owner | 13 | NG | JEREMY | HOI | | ▉▉1993 | M |

| (25) Same as Driver | Address ▉▉▉▉▉ | City NORMAN | State OK | Zip 73071 | Telephone (Use Area Code) ▉▉▉▉▉ |
|---|---|---|---|---|---|

| (26) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| 2 | 5 | 04 | 5 | 1 | 1 | REFUSED | | |

| (27) Unit | Injured | Passenger [X] | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 02 | Witness | Prop. Owner | 13 | TYLER | DALANA | LEEANN | | ▉▉1975 | F |

| (28) Same as Driver | Address ▉▉▉▉▉ | City NINNEKAH | State OK | Zip 73067 | Telephone (Use Area Code) ▉▉▉▉▉ |
|---|---|---|---|---|---|

| (29) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| 4 | 3,5 | 04 | 2 | 1 | 1 | MIDWEST | OU MEDICAL | |

| (30) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Witness [X] | Prop. Owner | 00 | SUTER | ROBERT | JOSEPH | | ▉▉1988 | M |

| (31) Same as Driver | Address ▉▉▉▉▉ | City OKLAHOMA CITY | State OK | Zip 73132 | Telephone (Use Area Code) ▉▉▉▉▉ |
|---|---|---|---|---|---|

| (32) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| (33) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Witness [X] | Prop. Owner | 00 | SUTER | AMANDA | LYNN | | ▉▉1991 | F |

| (34) Same as Driver | Address ▉▉▉▉▉ | City OKLAHOMA CITY | State OK | Zip 73132 | Telephone (Use Area Code) ▉▉▉▉▉ |
|---|---|---|---|---|---|

| (35) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER

| (36) Unit | Carrier Name | Address |
|---|---|---|
| | | |

| (37) City | | State | Zip | GVWR | 0 - 10K lbs. / 10,001 - 26K lbs. / 26K+ lbs. | Axle Qty. | Cargo Body | Vehicle Use |
|---|---|---|---|---|---|---|---|---|
| | | | | GCWR | | | | Interstate Commerce / Intrastate Commerce / Other Non-Commercial / Government |

| (38) U.S. DOT Number | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release |
|---|---|---|---|---|---|
| OK | | | | Yes / No | Yes / No |

| (39) Unit | Carrier Name | Address |
|---|---|---|
| | | |

| (40) City | | State | Zip | GVWR | 0 - 10K lbs. / 10,001 - 20K lbs. / 26K+ lbs. | Axle Qty. | Cargo Body | Vehicle Use |
|---|---|---|---|---|---|---|---|---|
| | | | | GCWR | | | | Interstate Commerce / Intrastate Commerce / Other Non-Commercial / Government |

| (41) U.S. DOT Number | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release |
|---|---|---|---|---|---|
| OK | | | | Yes / No | Yes / No |



**Position in Vehicle**

00. Not Applicable
10. Front Row - Other
20. Second Row - Other
30. Third Row - Other
40. Fourth Row - Other
50. Sleeper Section of Truck Cab

See reverse for additional seating examples

**Vehicle Configuration**

00. N/A
01. Passenger Veh.-2 Dr
02. Passenger Veh.-4 Dr
03. Passenger Veh. Conv.
04. Pickup
05. Single Unit Truck, 2 axles
06. Single Unit Truck, 3+ axles
07. School Bus
08. Truck/Trailer
09. Truck-Tractor (Bobtail)
10. Truck-Tractor/Semi-Trailer
11. Truck-Tractor/Double
12. Truck-Tractor/Triple
13. Bus/Large Van 9-15 occupants including driver
14. Bus 16+ occupants Including driver
15. Motorcycle
16. Motor Scooter/Moped
17. Motor Home
18. Farm Machinery
19. ATV
20. SUV
21. Passenger Van
22. Truck more than 10,000 lbs., Cannot Classify
23. Van 10,000 lbs. or Less
24. Other
99. Unknown

**Cargo Body Type**

00. N/A
01. Bus 9-15 seats
02. Bus 16+ seats
03. Van / Enclosed Box / Stock Trailer
04. Cargo Tank
05. Flatbed
06. Intermodal
07. Dump Truck/Trailer
08. Concrete Mixer
09. Auto Transporter
10. Garbage/Refuse
11. Hopper (grain/chips/gravel)
12. Pole Trailer
13. Log Trailer
14. Vehicle Towing Vehicle
15. Other
99. Unknown

DPS: 0192-02 REV 0107

Case Number  AR00519-15

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT  Pg 3 of 10

| | Unit | Total Lanes in Roadway | Legal Speed | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Skidding |
|---|---|---|---|---|---|---|---|
| | | | | **Pedestrian / Pedalcyclist Only** | | | |
| This unit will correspond to 'Unit 1' | 01 | 03 | 60 | | | | |
| This unit will correspond to 'Unit 2' | 02 | 03 | 60 | | | | |

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**  Yes ☐  No ☒

**Type of Work Zone**
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
9 Unknown

**Location of the Work Zone Collision**
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area
9 Unknown

Workers Present   Yes ☐   No ☐   Unknown ☐

| Light | 3 |
|---|---|
| 1 Daylight | |
| 2 Dark-Not Lighted | |
| 3 Dark-Lighted | |
| 4 Dawn | |
| 5 Dusk | |
| 6 Dark-Unknown Lighting | |
| 7 Other | |
| 9 Unknown | |

| Weather | 01 |
|---|---|
| 01 Clear | |
| 02 Fog/Smog/Smoke | |
| 03 Cloudy | |
| 04 Rain | |
| 05 Snow | |
| 06 Sleet/Hail (Freezing Rain/Drizzle) | |
| 07 Severe Crosswind | |
| 08 Blowing Snow | |
| 09 Blowing Sand, Soil, Dirt | |
| 10 Other | |
| 99 Unknown | |

| Locality | 2 |
|---|---|
| 1 Residential | |
| 2 Business | |
| 3 Industrial | |
| 4 School | |
| 5 Not Built-up | |
| 6 Mixed Use | |
| 7 Other | |
| 9 Unknown | |

| Type of Intersection | 07 |
|---|---|
| 00 Not an Intersection | |
| 01 Y-Intersection | |
| 02 T-Intersection | |
| 03 Four-Way Intersection | |
| 04 Five-Point or More | |
| 05 Intersection as Part of Interchange | |
| 06 Traffic Circle | |
| 07 Roundabout | |
| 99 Unknown | |

| Incident Type | 00 |
|---|---|
| 00 Not an Incident | |
| 51 Private Property | |
| 52 Deliberate Intent | |
| 53 Medical Condition | |
| 54 Legal Intervention | |
| 55 Suicide | |
| 57 Drowning | |
| 58 Other | |

| Location of First Harmful Event | 01 |
|---|---|
| 01 On Roadway | |
| 02 Shoulder | |
| 03 Median | |
| 04 Roadside | |
| 05 Gore | |
| 06 Separator | |
| 07 Parking Lane/Zone | |
| 08 Off Roadway, Location Unknown | |
| 09 Outside Right-of-Way | |
| 10 Other | |
| 99 Unknown | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **What Vehicle Was Going to Do** | 01 | 01 |
| 00 Not Applicable | | |
| 01 Go Ahead | | |
| 02 Turn Left | | |
| 03 Turn Right | | |
| 04 Make "U" Turn | | |
| 05 Stop | | |
| 06 Slow for Cause | | |
| 07 Start from Park/Stop | | |
| 08 Change Lanes | | |
| 09 Overtake | | |
| 10 Pass | | |
| 11 Back | | |
| 12 Remain Stopped | | |
| 13 Remain Parked | | |
| 14 Enter/Merge in Traffic | | |
| 15 Negotiate a Curve | | |
| 16 Park | | |
| 17 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **What Vehicle Did** | 01 | 01 |
| 00 Not Applicable | | |
| 01 Went Ahead | | |
| 02 Turned Left | | |
| 03 Turned Right | | |
| 04 Entered "U" Turn | | |
| 05 Stopped | | |
| 06 Slowed | | |
| 07 Started From Park/Stop | | |
| 08 Entered Other Lane | | |
| 09 Overtaking | | |
| 10 Passing | | |
| 11 Backed | | |
| 12 Remained Stopped | | |
| 13 Remained Parked | | |
| 14 Entered/Merged | | |
| 15 Departed Rdwy-Right | | |
| 16 Departed Rdwy-Left | | |
| 17 Swerved Right | | |
| 18 Swerved Left | | |
| 19 Parked | | |
| 20 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Road Surface Conditions** | 01 | 01 |
| 01 Dry | | |
| 02 Wet | | |
| 03 Ice/Frost | | |
| 04 Snow | | |
| 05 Mud, Dirt, Gravel | | |
| 06 Slush | | |
| 07 Water (standing, moving) | | |
| 08 Sand | | |
| 09 Oil | | |
| 10 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Visibility Obscured by** | 00 | 00 |
| 00 Not Applicable | | |
| 01 Trees | | |
| 03 Embankment | | |
| 03 Building | | |
| 04 Signs | | |
| 05 Parked Vehicles | | |
| 06 High Weeds | | |
| 07 Fences | | |
| 08 Shrubbery | | |
| 09 Ice, Snow or Frost on Windows | | |
| 10 Smoke | | |
| 11 Fog | | |
| 12 Dust | | |
| 13 Rain | | |
| 14 Sun | | |
| 15 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Underride/ Override** | | |
| 0 Not Applicable | | |
| 1 No Underride or Override | | |
| 2 Underride, Compartment Intrusion | | |
| 3 Underride, No Compartment Intrusion | | |
| 4 Underride, Compartment Intrusion Unknown | | |
| 5 Override, Motor Vehicle in Transport | | |
| 6 Override, Other Motor Vehicle | | |
| 9 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Traffic Control** | 00 | 00 |
| 00 No Control | | |
| 01 Stop Sign | | |
| 02 Traffic Signal | | |
| 03 Flashing Traffic Signal | | |
| 04 School Zone Signs | | |
| 05 Yield Sign | | |
| 06 Warning Sign | | |
| 07 Railroad Advance Warning Sign | | |
| 08 Railroad Cross Bucks | | |
| 09 Railroad Gates | | |
| 10 Railroad Signal | | |
| 11 No Passing Zone | | |
| 12 Person (including flagger, law enforcement, crossing guard, etc.) | | |
| 13 Abnormal Control | | |
| 98 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Road Character** | | |
| **Grade** | 1 | 1 |
| 1 Level | | |
| 2 Hillcrest | | |
| 3 Uphill | | |
| 4 Downhill | | |
| 5 Sag (bottom) | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Road Alignment** | 1 | |
| 1 Straight | | |
| 2 Curve - Left | | |
| 3 Curve - Right | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Road Surface Type** | 2 | 2 |
| 1 Concrete | | |
| 2 Asphalt | | |
| 3 Gravel | | |
| 4 Dirt | | |
| 5 Brick | | |
| 6 Other | | |
| 9 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Trafficway** | 4 | 4 |
| 0 Not Applicable | | |
| 1 One Way | | |
| 2 Two-Way - Not Divided | | |
| 3 Two-Way - Divided | | |
| 4 Two-Way - Divided - Positive Median Barrier | | |
| 5 Turn Lane | | |
| 6 Ramp / Loop | | |
| 7 Driveway | | |
| 8 Alley / Parking Lot | | |
| 9 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Vehicle Removal** | 1 | 1 |
| 0 Not Applicable | | |
| 1 Towed Due to Vehicle Damage | | |
| 2 Towed For Reasons Other Than Damage | | |
| 3 Remained at Scene | | |
| 4 Driven from Scene | | |
| 9 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Vehicle Condition** | 01 | 01 |
| 00 Not Applicable | | |
| 01 Apparently Normal | | |
| 02 Brakes | | |
| 03 Headlights | | |
| 04 Steering | | |
| 05 Tail Lights | | |
| 06 Brake Lights | | |
| 07 Tires/Wheels | | |
| 08 Suspension | | |
| 09 Signal lights | | |
| 10 Windows | | |
| 11 Truck Coupling/Trailer Hitch/Safety Chains | | |
| 12 Mirrors | | |
| 13 Wipers | | |
| 14 Power Train | | |
| 15 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Special Function of Vehicle** | 00 | 00 |
| 00 Not Applicable | | |
| 01 School Bus | | |
| 02 Transit Bus | | |
| 03 Intercity Bus | | |
| 04 Charter Bus | | |
| 05 Other Bus | | |
| 06 Military | | |
| 07 OHP | | |
| 08 Other Police | | |
| 09 Other Law Enforcement | | |
| 10 Ambulance | | |
| 11 Fire Truck | | |
| 12 Public Owned Vehicle | | |
| 13 Highway Equipment | | |
| 14 Special Mobilized Machine | | |
| 15 Other | | |
| 99 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Driver Distracted by** | 0 | 0 |
| 0 Not Applicable/None | | |
| 1 Electronic Communication Devices | | |
| 2 Other Electronic Device | | |
| 3 Other Inside Vehicle | | |
| 4 Other Outside Vehicle | | |
| 9 Unknown | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Emergency Vehicle Responding to an Emergency** | 0 | 0 |
| 0 N/A | 2 No | |
| 1 Yes | | |

| | Unit 1 | Unit 2 |
|---|---|---|
| **Unsafe / Unlawful Contributing Factors** | 80 | 98 |

**FAILED TO YIELD**
01 From Stop Sign
02 From Yield Sign
03 Private Drive
04 County Road at Through Highway
05 From Signal Light
06 From Alley
07 To Pedestrian
08 To Vehicle on Right
09 To Vehicle in Intersection
10 To Emergency Vehicles
12 Other

**FOLLOWED TOO CLOSELY**
13 Human Element
14 Traffic Condition
15 Weather Condition

**UNSAFE SPEED**
16 Driver's Ability (Aged)
17 Inexperienced Driver - Young
18 Exceeding Legal Limit
19 For Traffic Conditions
20 For Type of Roadway (Gravel, Dirt, etc.)
21 For Ice or Snow on Roadway
22 Rain or Wet Roadway
23 Wind
24 Other Weather Conditions
25 Vehicle Condition
26 View Obstruction
27 On Curve/Turn
28 Impeding Traffic
29 Other

**IMPROPER TURN**
30 From Wrong Lane
31 From Direct Course
32 Right
33 Left
34 Turn About/U-Turn
35 To Enter Private Drive
36 In Front of Oncoming Traffic
37 Other

**CHANGED LANES**
38 UNSAFELY
39 STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40 For Stop Sign
41 For Traffic Signal
42 For School Bus
43 For Railroad Gates/Signal
44 For Officer/Flagman
45 At Sidewalk/Stopline
46 Other

**UNSAFE VEHICLE**
47 Brakes
48 Steering
49 Tires
50 Suspension
51 Headlights
52 Tail Lights
53 Stop Lights
54 Wheel
55 Exhaust System
56 Windshield Wipers
57 Other Mechanical Defects

**LEFT OF CENTER**
58 In Moving
59 No Passing Zone (Unmarked)
60 Marked Zone
61 Other

**IMPROPER OVERTAKING**
63 In Marked Zone
63 On Hill/Curve
64 At Intersection
65 Without Sufficient Clearance
66 Other

**IMPROPER PARKING**
67 On Roadway
68 Where Prohibited
69 Other

**INATTENTION**
70 Distracted by Passenger in Vehicle
71 Other Distraction Inside Vehicle
72 Distraction From Outside Vehicle
78 Other

**WRONG WAY**
74 On One Way
75 On Exit Ramp
76 On Entrance Ramp
77 Other

**IMPROPER START FROM**
78 Parked Position
79 Other

**ALCOHOL-DUI/DWI**
80 ALCOHOL-DUI/DWI
81 DRUG-DUI

**OTHER IMPROPER ACT/ MOVEMENT**
82 Failed to Signal
83 Disregarded Warning Signal
84 Improper Use of Lane
85 Improper Backing
86 Apparently Sleepy
87 Failed to Secure Load
88 Other/Unknown

**UNKNOWN/IMPROPER ACT**
89 Deer in Roadway
90 Animal in Roadway
91 Domestic Animal in Rdwy
92 Avoiding Other Vehicle
93 Avoiding Pedestrian
94 Object/Debris in Roadway
95 Defect in Roadway
96 Abnormal Traffic Control
97 Improper Bicyclist Action
98 NO IMPROPER ACTION BY DRIVER
99 PEDESTRIAN ACTION

| | Unit 1 | Unit 2 |
|---|---|---|
| **Point of First Contact on Vehicle** | 12 | 12 |
| **Most Damaged Area** | 12 | 12 |

00 Not Applicable  14 Undercarriage
13 Top

DPS: 0192-03 REV 0107

Case Number  **AR00519-15**

Pg **4** of **10**

| Latitude | | Longitude | | Railroad Crossing Number | Roadway Orientation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35.3415 | N | -97.4928 | W | | Unit Number **01** | NE SW **N** | Unit Number **02** | NE SW **N** | |



## SPECIALIZED DIAGRAM UTILIZED

### COLLISION EVENTS

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 34 | 17 | 34 | 00 | 34 | 34 |
| 02 | 34 | 00 | 00 | 00 | 34 | |

00 Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway

21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
**PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:**
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle in Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle

37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
**FIXED OBJECT:**
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Pole
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/ Crash Cushion

56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Dividing Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

### Remarks

UNIT 1 WAS TRAVELING SOUTH ON INTERSTATE 35 NORTH IN THE INSIDE LANE TRAVELING THE WRONG WAY. UNIT 2 WAS TRAVELING NORTH ON INTERSTATE 35 NORTH IN THE INSIDE LANE. UNIT 1 STRUCK UNIT 2 WITH VEHICLE'S FRONT ON UNIT 2'S FRONT. UNIT 2 THEN TRAVELS THROUGH THE MIDDLE AND OUTSIDE LANE STRIKING UNITS 3 AND 4.

AOI (UNITS 1 AND 2) WAS APPROXIMATELY 2430' SOUTH OF THE SOUTH EDGE OF 12 TH STREET AND APPROXIMATELY 5' EAST OF THE WEST EDGE OF INTERSTATE 35 NORTH.

AOI OTHER UNITS UNKNOWN- NOT ENOUGH PHYSICAL EVIDENCE TO DETERMINE.

AOR (UNIT 1) WAS APPROXIMATELY 2580' SOUTH OF THE SOUTH EDGE OF 12TH STREET AND APPROXIMATELY 10' EAST OF THE WEST EDGE OF INTERSTATE 35 NORTH.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

DO NOT WRITE IN THIS SPACE

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg __5__ of __10__

|  | Y | N |  | Y | N |
|---|---|---|---|---|---|
| Incident Report |  | X |  |  |  |
| Investigation Completed | X |  | Revised | X |  |
| Investigation Made at Scene | X |  | Fatality | X |  |
| Photographs | X |  | Hit and Run |  | X |

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL  
**Case Number (Agency Use):** AR00519-15  
**Motor Vehicles Involved:** 04  **Number Injured:** 04  **Killed:** 01

**(2) Date of Collision (mm/dd/yyyy):** 03/14/2015  **Time:** 2341  **County Number and Name:** 14 CLEVELAND  **Nearest City or Town Number and Name:** In ☐ Near ☒ 10 MOORE

**(3) Distance from Nearest City or Town Limits:** MI ☐ N ☐ S ☐ / MI ☐ FT ☐ E ☐ W ☐ **Control #** 00 **Int ID** 00 **Location** 00 **East Grid** 019 **North Grid** 1 056 6 **Administrative** PARIS

**(4) Street, Road or Highway:** INTERSTATE 35 NORTH  **At ☐ Distance from** 0005 **MI ☒ FT ☐ N ☐ S ☒ E ☐ W ☐ of** **(Nearest) Intersecting Street, Road or Highway:** N. 12TH STREET

**(5) Unit:** 03  **Occupants:** 01  **Type:** D  **H&R** ☐ **CMV** ☐  **Last Name:** WRIGHT  **First:** DARBY  **Middle:** RAE  **Suffix:**  **Date of Birth (mm/dd/yyyy):** ████1996  **Sex:** F

**(6) Address:** ████  **City:** OKLAHOMA CITY  **State:** OK  **Zip:** 73102  **Telephone (Use Area Code):** ████

**(7) Driver License Number:** B083322639  **State:** OK  **Class:** D  **Endorsement(s):**  **Restriction(s):**  **Inj. Sev.:** 2  **Type of Injury:** 1,4  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(8) Air Bag:** 1 **Ejected:** 1 **Extricated:** 1 **Test:** 5 **(% BAC):** 0. **Transported by:** REFUSED  **To Medical Facility:**  **License Plate Number:** ████  **State:** OK  **Month:** 11  **Year:** 2014

**(9) VIN:** 3GNDA13D66S506511  **Vehicle Year:** 2006  **Color:** PLE  **2nd Color:** 0  **Make:** CHEV  **Model:** HHR  **Veh. Conf.:** 02  **Extent of Damage:** 4

**(10) Insurance Verification:** 3  **Insurance Company Name:** STATE FARM  **Policy Number:** 3623170101  **Insurance Telephone (Use Area Code):** 9

**(11) Vehicle Removed by:** Driver ☐ OWNER  **Same as Driver:** ☐  **Owner's Last Name:** WRIGHT  **First:** DARBY  **Middle:**  **Suffix:**

**(12) Owner's Address:** ████  **City:** OKLAHOMA CITY  **State:** OK  **Zip:** 73102  **Oversized Load:** 0  **Towed Veh. Type:** 00  **Rolled ☐ Burned ☐  Phone present ☐  Phone in use ☐**

**(13) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(14) Unit:** 04  **Occupants:** 01  **Type:** D  **HS&R** ☐ **CMV** ☐  **Last Name:** WALLACE  **First:** AARON  **Middle:** LEE.  **Suffix:**  **Date of Birth (mm/dd/yyyy):** ████1975  **Sex:** M

**(15) Address:** ████  **City:** MOORE  **State:** OK  **Zip:** 73160  **Telephone (Use Area Code):**

**(16) Driver License Number:** K081659209  **State:** OK  **Class:** D  **Endorsement(s):**  **Restriction(s):**  **Inj. Sev.:** 1  **Type of Injury:** 0  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(17) Air Bag:** 1 **Ejected:** 1 **Extricated:** 1 **Test:** 5 **(% BAC):** 0. **Transported by:**  **To Medical Facility:**  **License Plate Number:**  **State:** OK  **Month:** 11  **Year:** 2015

**(18) VIN:** JTDKDTB31D1533724  **Vehicle Year:** 2013  **Color:** SIL  **2nd Color:** 0  **Make:** TOYT  **Model:** PRIS  **Veh. Conf.:** 02  **Extent of Damage:** 2

**(19) Insurance Verification:** 3  **Insurance Company Name:** STATE FARM  **Policy Number:** 3621696707  **Insurance Telephone (Use Area Code):** 9

**(20) Vehicle Removed by:** Driver ☒  **Same as Driver:** ☐  **Owner's Last Name:** WALLACE  **First:** AARON  **Middle:** LEE.  **Suffix:**

**(21) Owner's Address:** ████  **City:** MOORE  **State:** OK  **Zip:** 73160  **Oversized Load:** 0  **Towed Veh. Type:** 00  **Rolled ☐ Burned ☐  Phone present ☐  Phone in use ☐**

**(22) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(23) Investigating Officer:** Jason Owens  **Badge Number:** 794  **Trp/Div. Assigned:** A  **Trp/Div. Location:** A  **Reviewer (Init.):** JL  **Reviewer Badge Number:** 148  **Date of Report (mm/dd/yyyy):** 03/15/2015

**WARNING - STATE LAW**  Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

Case Number  AR00519-15

Pg 6 of 10

| (24) Unit 00 | Injured ☐ Passenger ☐ Witness ☒ Prop. Owner ☐ | Pos in Veh. 00 | Last Name WESLEY | First JESSIE | Middle D | Suffix | DOB(mm/dd/yyyy) 07/10/1950 | Sex F |

(25) Same as Driver ☐  Address — OKLAHOMA CITY | State OK | Zip 73120 | Telephone (Use Area Code)

(26) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (27) Unit 00 | Injured ☐ Passenger ☐ Witness ☒ Prop. Owner ☐ | Pos in Veh. 00 | Last Name WILKINS | First BYRON | Middle J | Suffix | DOB(mm/dd/yyyy) 05/06/1981 | Sex M |

(28) Same as Driver ☐  Address — HARRAH | State OK | Zip 73045 | Telephone (Use Area Code)

(29) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (30) Unit 00 | Injured ☐ Passenger ☐ Witness ☒ Prop. Owner ☐ | Pos in Veh. 00 | Last Name U-102: SCOTT | First D. | Middle | Suffix | DOB(mm/dd/yyyy) | Sex 0 |

(31) Same as Driver ☐  Address — MOORE | State OK | Zip 73160 | Telephone (Use Area Code)

(32) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (33) Unit 00 | Injured ☐ Passenger ☐ Witness ☒ Prop. Owner ☐ | Pos in Veh. 00 | Last Name E-2: MOORE | First C. | Middle | Suffix | DOB(mm/dd/yyyy) | Sex 0 |

(34) Same as Driver ☐  Address — MOORE | State OK | Zip 73160 | Telephone (Use Area Code)

(35) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS, or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER

(35) Unit | Carrier Name | Address

(37) City | State | Zip | GVWR/GCWR | Axle Qty. | Cargo Body | Vehicle Use

(38) U.S. DOT Number OK | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release

(39) Unit | Carrier Name | Address

(40) City | State | Zip | GVWR/GCWR | Axle Qty. | Cargo Body | Vehicle Use

(41) U.S. DOT Number OK | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release



DPS: 0192-02 REV 0107

Case Number  AR00519-15

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT  Pg 7 of 10

|  | Unit | Total Lanes In Roadway | Legal Speed | Pedestrian / Pedalcyclist Only | | | |
|---|---|---|---|---|---|---|---|
| | | | | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
| This unit will correspond to 'Unit 1' | 03 | 03 | 60 | | | | |
| This unit will correspond to 'Unit 2' | 04 | 03 | 60 | | | | |

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**  Yes ☐  No ☒

**Type of Work Zone**
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
9 Unknown

**Location of the Work Zone Collision**
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area
9 Unknown

**Workers Present**  Yes ☐  No ☐  Unknown ☐

| Light | 3 |
|---|---|
| 1 Daylight | |
| 2 Dark-Not Lighted | |
| 3 Dark-Lighted | |
| 4 Dawn | |
| 5 Dusk | |
| 6 Dark-Unknown Lighting | |
| 7 Other | |
| 9 Unknown | |

| What Vehicle Was Going to Do | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |
| 00 Not Applicable | | |
| 01 Go Ahead | | |
| 02 Turn Left | | |
| 03 Turn Right | | |
| 04 Make "U" Turn | | |
| 05 Stop | | |
| 06 Slow for Cause | | |
| 07 Start from Park/Stop | | |
| 08 Change Lanes | | |
| 09 Overtake | | |
| 10 Pass | | |
| 11 Back | | |
| 12 Remain Stopped | | |
| 13 Remain Parked | | |
| 14 Enter/Merge in Traffic | | |
| 15 Negotiate a Curve | | |
| 16 Park | | |
| 17 Other | | |
| 99 Unknown | | |

| Underride/ Override | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | |
| 0 Not Applicable | | |
| 1 No Underride or Override | | |
| 2 Underride, Compartment Intrusion | | |
| 3 Underride, No Compartment Intrusion | | |
| 4 Underride, Compartment Intrusion Unknown | | |
| 5 Override, Motor Vehicle in Transport | | |
| 6 Override, Other Motor Vehicle | | |
| 9 Unknown | | |

| Weather | 01 |
|---|---|
| 01 Clear | |
| 02 Fog/Smog/Smoke | |
| 03 Cloudy | |
| 04 Rain | |
| 05 Snow | |
| 06 Sleet/Hail (Freezing Rain/Drizzle) | |
| 07 Severe Crosswind | |
| 08 Blowing Snow | |
| 09 Blowing Sand, Soil, Dirt | |
| 10 Other | |
| 99 Unknown | |

| Traffic Control | Unit 1 | Unit 2 |
|---|---|---|
| | 00 | 00 |
| 00 No Control | | |
| 01 Stop Sign | | |
| 02 Traffic Signal | | |
| 03 Flashing Traffic Signal | | |
| 04 School Zone Signs | | |
| 05 Yield Sign | | |
| 06 Warning Sign | | |
| 07 Railroad Advance Warning Sign | | |
| 08 Railroad Cross Bucks | | |
| 09 Railroad Gates | | |
| 10 No Passing Zone | | |
| 11 Person (including flagger, law enforcement, crossing guard, etc.) | | |
| 13 Abnormal Control | | |
| 14 Other | | |
| 99 Unknown | | |

| Trafficway | Unit 1 | Unit 2 |
|---|---|---|
| | 4 | 4 |
| 0 Not Applicable | | |
| 1 One Way | | |
| 2 Two-Way - Not Divided | | |
| 3 Two-Way - Divided | | |
| 4 Two-Way - Divided - Positive Median Barrier | | |
| 5 Turn Lane | | |
| 6 Ramp / Loop | | |
| 7 Driveway | | |
| 8 Alley / Parking Lot | | |
| 9 Unknown | | |

| Vehicle Removal | Unit 1 | Unit 2 |
|---|---|---|
| | 1 | 4 |
| 0 Not Applicable | | |
| 1 Towed Due to Vehicle Damage | | |
| 2 Towed For Reasons Other Than Damage | | |
| 3 Remained at Scene | | |
| 4 Driven from Scene | | |
| 9 Unknown | | |

| Vehicle Condition | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |
| 00 Not Applicable | | |
| 01 Apparently Normal | | |
| 02 Brakes | | |
| 03 Headlights | | |
| 04 Steering | | |
| 05 Tail Lights | | |
| 06 Brake Lights | | |
| 07 Tires/Wheels | | |
| 08 Suspension | | |
| 09 Signal lights | | |
| 10 Windows | | |
| 11 Truck Coupling/Trailer Hitch/Safety Chains | | |
| 12 Mirrors     15 Other | | |
| 13 Wipers      99 Unknown | | |
| 14 Power Train | | |

| What Vehicle Did | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |
| 00 Not Applicable | | |
| 01 Went Ahead | | |
| 02 Turned Left | | |
| 03 Turned Right | | |
| 04 Entered "U" Turn | | |
| 05 Stopped | | |
| 06 Slowed | | |
| 07 Started From Park/Stop | | |
| 08 Entered Other Lane | | |
| 09 Overtaking | | |
| 10 Passing | | |
| 11 Backed | | |
| 12 Remained Stopped | | |
| 13 Remained Parked | | |
| 14 Entered/Merged | | |
| 15 Departed Rdwy-Right | | |
| 16 Departed Rdwy-Left | | |
| 17 Swerved Right | | |
| 18 Swerved Left | | |
| 19 Parked | | |
| 20 Other | | |
| 99 Unknown | | |

| Locality | 2 |
|---|---|
| 1 Residential | |
| 2 Business | |
| 3 Industrial | |
| 4 School | |
| 5 Not Built-up | |
| 6 Mixed Use | |
| 7 Other | |
| 9 Unknown | |

| Type of Intersection | 0 |
|---|---|
| 0 Not an Intersection | |
| 1 Y-Intersection | |
| 2 T-Intersection | |
| 3 Four-Way Intersection | |
| 5 Five-Point or More | |
| 6 Intersection as Part of Interchange | |
| 7 Traffic Circle | |
| 8 Roundabout | |
| 9 Unknown | |

| Road Surface Conditions | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |
| 01 Dry | | |
| 02 Wet | | |
| 03 Ice/Frost | | |
| 04 Snow | | |
| 05 Mud, Dirt, Gravel | | |
| 06 Slush | | |
| 07 Water (standing, moving) | | |
| 08 Sand | | |
| 09 Oil | | |
| 10 Other | | |
| 99 Unknown | | |

| Visibility Obscured by | Unit 1 | Unit 2 |
|---|---|---|
| | 00 | 00 |
| 00 Not Applicable | | |
| 01 Trees | | |
| 02 Embankment | | |
| 03 Building | | |
| 04 Signs | | |
| 05 Parked Vehicles | | |
| 06 High Weeds | | |
| 07 Fences | | |
| 08 Shrubbery | | |
| 09 Ice, Snow or Frost on Windows | | |
| 10 Smoke | | |
| 11 Fog | | |
| 12 Dust | | |
| 13 Rain | | |
| 14 Sun | | |
| 15 Other | | |
| 99 Unknown | | |

| Incident Type | 00 |
|---|---|
| 00 Not an Incident | |
| 51 Private Property | |
| 52 Deliberate Intent | |
| 53 Medical Condition | |
| 54 Legal Intervention | |
| 55 Suicide | |
| 57 Drowning | |
| 58 Other | |

| Location of First Harmful Event | 01 |
|---|---|
| 01 On Roadway | |
| 02 Shoulder | |
| 03 Median | |
| 04 Roadside | |
| 05 Gore | |
| 06 Separator | |
| 07 Parking Lane/Zone | |
| 08 Off-Roadway, Location Unknown | |
| 09 Outside Right-of Way | |
| 10 Other | |
| 99 Unknown | |

| Road Character | | |
|---|---|---|
| Grade | Unit 1 | Unit 2 |
| 1 Level | 1 | 1 |
| 2 Hillcrest | | |
| 3 Uphill | | |
| 4 Downhill | | |
| 5 Sag (bottom) | | |

| Road Alignment | Unit 1 | Unit 2 |
|---|---|---|
| 1 Straight | 1 | 1 |
| 2 Curve - Left | | |
| 3 Curve - Right | | |

| Driver Distracted by | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 0 |
| 0 Not Applicable/None | | |
| 1 Electronic Communication Devices | | |
| 2 Other Electronic Device | | |
| 3 Other Inside Vehicle | | |
| 4 Other Outside Vehicle | | |
| 9 Unknown | | |

| Road Surface Type | Unit 1 | Unit 2 |
|---|---|---|
| | 2 | 2 |
| 1 Concrete | | |
| 2 Asphalt | | |
| 3 Gravel | | |
| 4 Dirt | | |
| 5 Brick | | |
| 6 Other | | |
| 9 Unknown | | |

| Special Function of Vehicle | Unit 1 | Unit 2 |
|---|---|---|
| | 00 | 00 |
| 00 Not Applicable | | |
| 01 School Bus | | |
| 02 Transit Bus | | |
| 03 Intercity Bus | | |
| 04 Charter Bus | | |
| 05 Other Bus | | |
| 06 Military | | |
| 07 OHP | | |
| 08 Other Police | | |
| 09 Other Law Enforcement | | |
| 10 Ambulance | | |
| 11 Fire Truck | | |
| 12 Public Owned Vehicle | | |
| 13 Highway Equipment | | |
| 14 Special Mobilized Machine | | |
| 15 Other | | |

| Emergency Vehicle Responding to an Emergency | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 0 |
| 0  N/A       2 No | | |
| 1  Yes       9 Unknown | | |

**Unsafe / Unlawful Contributing Factors**  Unit 1: 98  Unit 2: 98

| FAILED TO YIELD | 49 Tires |
|---|---|
| 01 From Stop Sign | 50 Suspension |
| 02 From Yield Sign | 51 Headlights |
| 03 Private Drive | 52 Tail Lights |
| 04 County Road at Through Highway | 53 Stop Lights |
| | 54 Wheel |
| 05 From Signal Light | 55 Exhaust System |
| 06 From Alley | 56 Windshield Wipers |
| 07 To Pedestrian | 57 Other Mechanical Defects |
| 08 To Vehicle on Right | **LEFT OF CENTER** |
| 09 To Vehicle in Intersection | 58 In Meeting |
| | 59 No Passing Zone (Unmarked) |
| 10 To Emergency Vehicles | 60 Marked Zone |
| 12 Other | 61 Other |
| **FOLLOWED TOO CLOSELY** | **IMPROPER OVERTAKING** |
| | 62 In Marked Zone |
| 13 Human Element | 63 On Hill/Curve |
| 14 Traffic Condition | 64 At Intersection |
| 15 Weather Condition | 65 Without Sufficient Clearance |
| **UNSAFE SPEED** | 66 Other |
| 16 Driver's Ability (Aged) | **IMPROPER PARKING** |
| 17 Inexperienced Driver - Young | 67 On Roadway |
| | 68 Where Prohibited |
| 18 Exceeding Legal Limit | 69 Other |
| 19 For Traffic Conditions | **INATTENTION** |
| 20 For Type of Roadway (Gravel, Dirt, etc.) | 70 Determined by Passenger in Vehicle |
| 21 For Ice or Snow on Roadway | 71 Other Distraction Inside Vehicle |
| 22 Rain or Wet Roadway | 72 Distraction From Outside Vehicle |
| 23 Wind | 73 Other |
| 24 Other Weather Conditions | **WRONG WAY** |
| 25 Vehicle Condition | 74 On One Way |
| 26 View Obstruction | 75 On Exit Ramp |
| 27 On Curve/Turn | 76 On Entrance Ramp |
| 28 Impeding Traffic | 77 Other |
| 29 Other | **IMPROPER START FROM** |
| **IMPROPER TURN** | 78 Parked Position |
| 30 From Wrong Lane | 79 Other |
| 31 From Direct Course | 80 ALCOHOL-DUI/DWI |
| 32 Right | 81 DRUG-DUI |
| 33 Left | **OTHER IMPROPER ACT/ MOVEMENT** |
| 34 Turn About/U-Turn | 82 Failed to Signal |
| 35 To Enter Private Drive | 83 Disregarded Warning Signal |
| 36 In Front of Oncoming Traffic | 84 Improper Use of Lane |
| 37 Other | 85 Improper Backing |
| 38 CHANGED LANES UNSAFELY | 86 Apparently Sleepy |
| | 87 Failed to Secure Load |
| 39 STOPPED IN TRAFFIC LANE | 88 Other/Unknown |
| **FAILED TO STOP** | **LINKING IMPROPER ACT** |
| 40 For Stop Sign | 89 Deer in Roadway |
| 41 For Traffic Signal | 90 Animal in Roadway |
| 42 For School Bus | 91 Domestic Animal in Rdwy |
| 43 For Railroad Gates/ Signal | 92 Avoiding Other Vehicle |
| | 93 Avoiding Pedestrian |
| 44 For Officer/Flagman | 94 Object/Debris in Roadway |
| 45 At Sidewalk/Stopline | 95 Defect in Roadway |
| 46 Other | 96 Abnormal Traffic Control |
| **UNSAFE VEHICLE** | 97 Improper Bicyclist Action |
| 47 Brakes | 98 NO IMPROPER ACTION BY DRIVER |
| 48 Steering | 99 PEDESTRIAN ACTION |

| Point of First Contact on Vehicle | Unit 1 | Unit 2 |
|---|---|---|
| | 11 | 12 |

| Most Damaged Area | Unit 1 | Unit 2 |
|---|---|---|
| | 11 | 12 |

00 Not Applicable   14 Undercarriage
13 Top                    99 Unknown

DPS: 0192-03 REV 0107

Case Number  AR00519-15

Pg _8_ of _10_

| Latitude | | Longitude | | Railroad Crossing Number | Roadway Orientation | | |
|---|---|---|---|---|---|---|---|
| 35.3415 | N | -97.4928 | W | | Unit Number 03  N E S W  N | Unit Number 04  N E S W  N | |

Indicate North
by arrow

## COLLISION EVENTS

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 03 | 34 | 17 | 00 | 00 | 34 | |
| 04 | 38 | 00 | 00 | 00 | 38 | 34 |

00  Not Applicable
10  Overturn/Rollover
11  Fire/Explosion
12  Immersion
13  Jackknife
14  Cargo/Equipment Loss or Shift
15  Equipment Failure (Blown Tire, Brake Failure, etc.)
16  Separation of Units
17  Departed Road Right
18  Departed Road Left
19  Cross Median/Centerline
20  Downhill Runaway

21  Fell/Jumped From Motor Vehicle
22  Thrown Or Falling Object
23  Other Non-Collision
PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:
30  Pedestrian
31  Pedal Cycle
32  Railway Vehicle (train, engine)
33  Animal
34  Motor Vehicle In Transport
35  Parked Motor Vehicle
36  Struck by Falling, Shifting Cargo or Anything Set In Motion by Motor Vehicle

37  Work Zone/Maintenance Equipment
38  Other Non-Fixed Object
FIXED OBJECT:
40  Barrier (Cable)
41  Barrier (Concrete)
42  Barrier (Other)
43  Fence Pole
44  Fence
45  Traffic Signal Support
46  Traffic Sign Support
47  Utility Pole/Light Support
48  Other Post/Pole/Support
49  Guardrail/Guardrail Face
50  Guardrail End
51  Culvert
52  Curb
53  Island
54  Sand Barrels
55  Impact Attenuation/ Crash Cushion

56  Pavement Drop-Off
57  Ditch
58  Embankment
59  Tree (Standing)
60  Dividing Strip
61  Retaining Wall
62  Bridge Abutment
63  Bridge Pier or Support
64  Bridge Rail
65  Bridge Post
66  Bridge Curb
67  Bridge Super Structure (Beams)
68  Bridge Overhead Structure
69  Delineator
70  Mailbox
71  Other Fixed Object
72  Other Highway Structure
73  Ground
99  Unknown

## Remarks

AOR (UNIT 2) WAS APPROXIMATELY 2345' SOUTH OF THE SOUTH EDGE OF 12TH STREET AND APPROXIMATELY 37' EAST OF THE WEST EDGE OF INTERSTATE 35 NORTH.

AOR (UNIT 3) WAS APPROXIMATELY 2463' SOUTH OF THE SOUTH EDGE OF 12TH STREET AND APPROXIMATELY 38' EAST OF THE WEST EDGE OF INTERSTATE 35 NORTH.

AOR (UNIT 4) WAS APPROXIMATELY 2441' SOUTH OF THE SOUTH EDGE OF 12TH STREET AND APPROXIMATELY 36' EAST OF THE WEST EDGE OF INTERSTATE 35 NORTH.

UNIT 1'S DRIVER WAS TESTED AND HIS BAC WAS .15

A SPECIALIZED DIAGRAM IS AVAILABLE AT TROOP A.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

DPS: 0192-04 REV 0107

Case Number  AR00519-15

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT
## PERSONS SUPPLEMENTAL

Pg 9 of 10

| (42) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-2: DAVIS | D. | | | | 0 |
| | Witness ☐ Reg. Owner ☐ | | | | | | | | |

| (43) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | | ████████ |

| (44) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (45) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-2: COLCLASUAE | B. | | | | |
| | Witness ☐ Reg. Owner ☐ | | | | | | | | |

| (46) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (47) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (48) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-2: MERON | A. | | | | |
| | Witness ☒ Reg. Owner ☐ | | | | | | | | |

| (49) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (50) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (51) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-4: KIDD | K. | | | | |
| | Witness ☐ Reg. Owner ☐ | | | | | | | | |

| (52) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (53) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (54) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-4: JONES | J. | | | | |
| | Witness ☒ Reg. Owner ☐ | | | | | | | | |

| (55) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (56) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (57) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-4: HUFFMAN | D. | | | | |
| | Witness ☒ Reg. Owner ☐ | | | | | | | | |

| (58) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (59) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (60) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | E-4: MONSEY | B. | | | | |
| | Witness ☒ Reg. Owner ☐ | | | | | | | | |

| (61) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (62) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (63) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | MEDIC 3: EAST | JESSICA | -PARAMEDIC | | | |
| | Witness ☒ Reg. Owner ☐ | | | | | | | | |

| (64) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (65) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| (66) Unit | | | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Injured ☐ Passenger ☐ | | 00 | P.O.V. : LEDFORD | BOBBIE JO | - E.M.T. | | | |
| | Witness ☐ Reg. Owner ☐ | | | | | | | | |

| (67) Address | | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| Same as Driver ☐ | ███████████ | MOORE | OK | 73160 | ████████ |

| (68) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DPS: 0192-SUPP01 REV 0107

Case Number  AR00519-15

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT
## PERSONS SUPPLEMENTAL

Pg 10 of 10

| (42) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | | Witness ☒ | 00 | MEDIC 11: YELLOPE | MIKE | - PARAMEDIC | | | |

(43) Same as Driver  Address ▬▬▬▬▬  City MOORE  State OK  Zip 73160  Telephone (Use Area Code) ▬▬

(44) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (45) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | | Witness ☒ | 00 | MEDIC 11: LEWIS | BONNIE JO | - E.M.T. | | | |

(46) Same as Driver  Address ▬▬▬▬▬  City MOORE  State OK  Zip 73160  Telephone (Use Area Code) ▬▬

(47) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (48) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | | Witness ☒ | 00 | MEDIC 3: GRIFFITH | DALE | - E.M.T. | | | |

(49) Same as Driver  Address ▬▬▬▬▬  City MOORE  State OK  Zip 73160  Telephone (Use Area Code) ▬▬

(50) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

| (51) Unit | Injured | Passenger | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 00 | | Witness ☒ | 00 | P.O.V. : LALLY | CHRISTOPHER | PARAMEDIC | | | |

(52) Same as Driver  Address ▬▬▬▬▬  City MOORE  State OK  Zip 73160  Telephone (Use Area Code) ▬▬

(53) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

(54)–(68) [blank entries]

DPS: 0192-SUPP01 REV 0107