# EXHIBIT "B"

FILED
10/5/2015 4:25:00 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Abilez

**4 CIT/PPS**

CAUSE NO. **2015CI16895** _____     **SAC-3**

| | | |
|---|---|---|
| JESUS GARCIA, RENEE IRENE GARCIA AND JACOB ANDREW GARCIA, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STARLA DUSTEEN GARCIA ; | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>**224th**  JUDICIAL DISTRICT |
| *Plaintiffs,* | | |
| VS. | | |
| | | BEXAR COUNTY, TEXAS |
| PLENTY MERCANTILE LLC AND MELISSA CHRISTIE SCARAMUCCI, ABBY CLARK AND HEATHER MARIE STEELE, DBA LOCAL CATERING<br>*Defendant.* | | |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JESUS GARCIA, RENEE IRENE GARCIA AND JACOB ANDREW

GARCIA, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STARLA

DUSTEEN GARCIA, Plaintiffs and complain of PLENTY MERCANTILE LLC AND

MELISSA CHRISTINE SCARAMUCCI, ABBY CLARK AND HEATHER MARIE

STEELE, DBA LOCAL CATERING, Defendants, and for cause of action would show

this Honorable Court the following:

## I.
## DISCOVERY TRACK

1.1     Pursuant to Rule 190.5 of the Texas Rules of Civil Procedure, Plaintiffs request the Court modify the discovery control plan and assign this case to Discovery Track Three pursuant to Rule 190.4 and Plaintiff will submit an Agreed Order or other Court Order to this effect.

## II.
## PARTIES

2.1     Plaintiffs, JESUS GARCIA, RENEE IRENE GARCIA AND JACOB ANDREW GARCIA are individual citizens and residents of Texas.  They are bringing their claims for personal injuries.

2.3     Defendant, Plenty Mercantile LLC may be served through its registered agent, Traci Walton at 807 North Broadway Avenue I I Oklahoma City, Oklahoma 73102.   *Service on this defendant is hereby requested at this time.*

2.4     Defendant, Melissa Christine Scaramucci, DBA, 'Local Catering' may be served at 4401 Cannon Drive, Norman, Oklahoma, 73072. *Service on this defendant is hereby requested at this time.*

2.5     Defendant, Abby Clark, DBA, 'Local Catering' may be served at 6016 Fox Run Way, Oklahoma City, Oklahoma 73142-4807. *Service on this defendant is hereby requested at this time.*

2.6     Defendant, Heather Marie Steele, DBA, 'Local Catering' may be served at 4321 NW 57th St, Oklahoma City, OK 73112-1509. *Service on this defendant is hereby requested at this time.*

### III.
### JURISDICTION AND VENUE

3.1     The amount in controversy exceeds the minimal jurisdictional limits of this Court. Plaintiff seeks monetary relief of $74,999.00 or less including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

3.2     Venue in this case is proper in Bexar County, Texas, under Chapter 71 of the Texas Civil Practice and Remedies Code, Wrongful Death; Survival; Injuries Occurring Out of State, Section 71.002 and Section 71.031.

3.3     Plaintiffs expressly disavow any claims are being made pursuant to federal law, treaties, or constitution. All conditions precedent have been performed or have occurred.

### IV.
### GENERAL ALLEGATIONS OF FACTS

4.1     On March 14, 2015, Conner Patrick Ottis, DOB: 8/13/1993, drove his vehicle to and entered the establishment 'Plenty Mercantile' to drink alcohol at an event that was also being put on by 'Local Catering.' Plenty Mercantile is an event venue space located at 807 North Broadway Avenue | | Oklahoma City, Oklahoma 73102.

4.2     Conner Patrick Ottis was served so much alcohol by Defendants this evening that he does not remember getting behind the wheel of his vehicle.

4.3     After leaving the event put on by Defendants Local Catering and Plenty Mercantile, Conner Patrick Ottis got behind the wheel of his vehicle and drove his car that night. At approximately, 11:41pm, Conner Patrick Ottis drove the wrong way on IH 35 and collided into the vehicle being driven by Bexar County Resident Starla Dusteen Garcia, causing her death.

## CLAIMS FOR RELIEF

## V.
### VIOLATION OF OKLAHOMA DRAM SHOP STATUTE AND CIVIL LIABILITY PURSUANT TO *BRIGAND V. THE VELVET DOVE RESTAURANT*

5.1     Plaintiffs incorporate herein by reference the allegations set forth above as though fully set out herein.

5.2     Defendants Plenty Mercantile and Local Catering violated Oklahoma Statutes Section 37-537, which prohibits any person from knowingly selling, delivering, or providing alcoholic beverages to anyone who is under age 21, has been adjudicated insane or mentally deficient, or who is intoxicated.

5.3     Moreover, in accordance with the holding in *Brigance v. The Velvet Dove Restaurant*, et al., 725 P.2d 300 (Okla. 1986), both Local Catering and Plenty Mercantile had a duty to exercise reasonable care not to provide liquor to a noticeably intoxicated

person. As the Defendants failed to meet this duty of care, Plaintiffs, who have been injured by the "noticeably intoxicated person" are able to hold Defendants civilly liable.

5.4    Plaintiffs seek liability against Defendants Plenty Mercantile and Melissa Christine Scaramucci, Abby Clark and Heather Marie Steel, (collectively referred to as 'Local Catering') for their conduct in the aforementioned violations, which were a proximate cause of Plaintiffs' injuries and damages.

## VI.
## DAMAGES

6.1    Plaintiffs would show that, as a direct and proximate result of the above-mentioned incident, Plaintiff Starla Dusteen Garcia suffered injuries, damages and death. Plaintiff's damages include, but are not limited to the following:

a. Pain and Mental Anguish;

b. Medical Expenses; and

c. Funeral and Burial Expenses.

6.2    Plaintiff, Jesus Garcia, Renee Irene Garcia and Jacob Andrew Garcia, have experienced damages including, but not limited to the following:

a. Past Loss of Companionship and Society;

b. Future Loss of Companionship and Society;

c. Past Mental Anguish;

d. Future Mental Anguish;

e. Loss of Inheritance;

f. Past Pecuniary Loss; and

g. Future Pecuniary Loss.

## VII.
### JURY DEMAND

7.1    Plaintiffs demand a jury trial and tender the appropriate fee with this petition.

## VIII
### PRAYER

8.1    WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Defendants

be cited to appear and answer, and that on final trial, Plaintiffs have:

1)    Judgment against the Defendants for a sum in excess of the minimum

jurisdictional limits of this Court;

2)    Pre-Judgment interest as provided by law;

3)    Post-Judgment interest as provided by law;

4)    Cost of suit; and

5)    Such other and further relied to which the Plaintiffs may be justly entitled.

## IX.
### REQUESTS FOR DISCLOSURES

9.1    Under the Texas Rule of Civil Procedure 194, Plaintiffs request that Defendants

disclose within 50 days of the service of this request, the information or material

described in Rule 194.2.


Respectfully submitted,

DLG LUCE SALAZAR PLLC
19210 Huebner Road, Suite 200
San Antonio, Texas 78258
Telephone:  210.226.1331
Fax:  (888) 286.5541

By:    _____

ZACHARY O. LUCE
State Bar No. 24057685
F. SCOTT DE LA GARZA
State Bar No. 24055387



Cause Number: _____

District Court : _____

# Donna Kay McKinney
## Bexar County District Clerk

## <u>Request for Process</u>

**Style:** Jesus Garcia _____ **Vs.** Plenty Mercantile _____

**Request the following process:** (Please check all that Apply)

■ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** Plenty Mercantile _____
**Registered Agent/By Serving:** Traci Walton
**Address** 807 North Broadway Avenue ll Oklahoma City, Oklahoma 73102 _____
**Service Type:** (Check One) ■*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**2.**
**Name:** Melissa Christine Scaramucci _____
**Registered Agent/By Serving:** _____
**Address** 4401 Cannon Drive, Norman, Oklahoma, 73072 _____
**Service Type:** (Check One) ■*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**3.**
**Name:** Abby Clark _____
**Registered Agent/By Serving:** _____
**Address** 6016 Fox Run Way, Oklahoma City, Oklahoma 73142-4807 _____
**Service Type:** (Check One) ■*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**4.**
**Name:** Heather Marie Steele _____
**Registered Agent/By Serving:** _____
**Address** 4321 NW 57th St, Oklahoma City, OK 73112-1509 _____
**Service Type:** (Check One) ■*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**Title of Document/Pleading to be Attached to Process:** Original Petition _____

**Name of Attorney/Pro se:** F. Scott de la Garza _____ **Bar Number:** 24055387 _____
**Address:** 19210 Huebner Road, Suite 200 _____ **Phone Number:** 210.226.1331 _____
San Antonio, Texas 78258 _____

**Attorney for Plaintiff** yes _____ **Defendant** _____ **Other** _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED  Jesus Garcia v. Plenty Mercantile and Local
_____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>F. Scott de la Garza | Email:<br><br>fscott@dlglucc.com | Plaintiff(s)/Petitioner(s):<br><br>Jesus Garcia | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br><br>19210 Huebner Road, Suite 20 | Telephone:<br><br>512.501.2981 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>San Antonio, Texas 78258 | Fax:<br><br>888.286.5541 | Defendant(s)/Respondent(s):<br><br>Plenty Mercantile<br><br>Local Catering | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: | State Bar No:<br><br>24055387 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>  ☐ Accounting<br>  ☐ Legal<br>  ☐ Medical<br>  ☐ Other Professional<br>    Liability:<br><br>☐ Motor Vehicle Accident<br>☒ Premises<br>*Product Liability*<br>  ☐ Asbestos/Silica<br>  ☐ Other Product Liability<br>    List Product:<br>_____<br>☒ Other Injury or Damage:<br>  Dram Shop | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>  ☐ With Children<br>  ☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| | | **Related to Criminal Matters** | **Other Family Law** | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | ☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other:<br>_____ | **Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐ Dependent Administration<br>  ☐ Independent Administration<br>  ☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000